AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D. | 7th Circuit Court of Appeals | 7/30/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | Nomination, Date<br>Initial ☐  Annual ✓  Final ☐<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Court of Appeals<br>219 S. Dearborn St.<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emeritus, Board of Trustees | |
| 2. | Member, Board of Overseers | |
| 3. | Member, Board of Directors | |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/09-11/09 | [redacted] - Salary |
| 2. | 1/09-11/09 | [redacted] - Fixed Defined Benefit Plan |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Partial Honorary Membership | ▓▓▓▓▓▓▓ | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner on ▓▓▓ mortgage. | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Industrial Development Bank of Israel, Ltd. | | None | J | T | | | | | |
| 2. Brokerage Acct #1 | | | | | | | | | |
| 3. -Fidelity Municipal MMF | A | Dividend | K | T | | | | | |
| 4. | A | Interest | | | | | | | |
| 5. -Fidelity AMT Tax-Free Money Fund (FIMXX) | A | Interest | | | Buy | 05/05/09 | K | | Transfer From |
| 6. -AT&T Inc Com | A | Dividend | K | T | Buy | 09/29/09 | K | | |
| 7. -Agnico Eagle Mines Com NPV | | None | J | T | Buy | 05/05/09 | K | | Transfer From |
| 8. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 9. | | | | | Sold (part) | 06/18/09 | J | B | |
| 10. -Alcoa Inc | A | Dividend | J | T | Buy | 07/28/09 | K | | |
| 11. | | | | | Sold (part) | 09/02/09 | K | A | |
| 12. -Anadarko Pete Corp | A | Dividend | J | T | Buy | 06/04/09 | J | | |
| 13. | | | | | Sold (part) | 06/22/09 | J | | |
| 14. -Apple Inc | | None | J | T | Buy | 06/04/09 | K | | |
| 15. | | | | | Sold (part) | 06/22/09 | J | | |
| 16. | | | | | Sold (part) | 09/02/09 | J | B | |
| 17. -Brocade Communications Sys | | None | J | T | Buy | 05/11/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/22/09 | J | | |
| 19. | | | | | Sold (part) | 06/18/09 | J | B | |
| 20. -Enbridge Energy Partners LP | | None | J | T | Buy | 06/02/09 | K | | |
| 21. | | | | | Sold (part) | 09/02/09 | J | A | |
| 22. -Govt Pptys Income Tr Com Shs | A | Dividend | K | T | Buy | 08/31/09 | K | | |
| 23. -Ishares Inc MSCI Canada Index Fd | A | Dividend | K | T | Buy | 09/04/09 | K | | |
| 24. -ITC Hldgs Corp | A | Dividend | J | T | Buy | 05/28/09 | J | | |
| 25. | | | | | Sold (part) | 09/02/09 | J | A | |
| 26. -Pimco Mun Income Fd II | B | Int./Div. | K | T | Buy | 05/05/09 | K | | Transfer From |
| 27. | | | | | Sold (part) | 06/18/09 | J | A | |
| 28. -Range Resources Corp | A | Dividend | J | T | Buy | 09/18/09 | K | | |
| 29. | | | | | Sold (part) | 09/24/09 | J | | |
| 30. -SPDR Ser Tr Morgan Stanley Tech | A | Dividend | J | T | Buy | 09/21/09 | K | | |
| 31. | | | | | Sold (part) | 09/24/09 | K | | |
| 32. -Tata Motors Limited Adr Ea Rep | A | Dividend | K | T | Buy | 05/28/09 | J | | |
| 33. | | | | | Sold (part) | 09/24/09 | J | B | |
| 34. -Fidelity Canada (FICDX) | A | Dividend | K | T | Buy | 09/03/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R =Cost (Real Estate Only) | S =Assessment | T –Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -American Century Tax Free Bond (TWTIX) | A | Interest | K | T | Buy | 09/16/09 | K | | |
| 36.  -Baird Intermediate Muni Bond Invs Cl (BMBSX) | A | Dividend | M | T | Buy | 09/10/09 | K | | |
| 37. | A | Interest | | | Buy (add'l) | 09/16/09 | K | | |
| 38.  -Marshall Intermed Tax Free Cl Y (MITFX) | A | Dividend | K | T | Buy | 09/16/09 | K | | |
| 39. | B | Interest | | | | | | | |
| 40.  -Pimco Total Return Class D (PTTDX) | A | Dividend | K | T | Buy | 05/05/09 | J | | Transfer From |
| 41. | | | | | Buy (add'l) | 06/22/09 | J | | |
| 42.  -T Rowe Price Tax Free Short Inter (PRFSX) | A | Interest | M | T | Buy | 09/17/09 | K | | |
| 43. | | | | | Buy (add'l) | 09/22/09 | L | | |
| 44.  -Thornburg Ltd Term Municipal Fund Cl A (LTMFX) | A | Dividend | J | T | Buy | 09/28/09 | J | | |
| 45. | A | Interest | | | | | | | |
| 46.  -Thornburg Strategic Municipal Income C (TSSCX) | A | Dividend | L | T | Buy | 09/11/09 | K | | |
| 47. | A | Interest | | | Buy (add'l) | 09/28/09 | K | | |
| 48.  -Vanguard GNMA (VFIIX) | A | Dividend | J | T | Buy | 05/05/09 | J | | Transfer From |
| 49. | | | | | Sold (part) | 06/22/09 | J | | |
| 50.  -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | A | Dividend | K | T | Buy | 09/18/09 | K | | |
| 51. | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | A | Dividend | L | T | Buy | 09/16/09 | K | | |
| 53. | A | Interest | | | | | | | |
| 54. -Hatteras Finl Corp Com (HTS) | B | Dividend | K | T | Buy | 09/21/09 | K | | |
| 55. -BP PLC Adr | A | Dividend | | | Buy | 08/11/09 | K | | |
| 56. | | | | | Sold | 09/02/09 | K | A | |
| 57. -Blackrock Enhanced Divid Achievers Tr | A | Dividend | | | Buy | 08/26/09 | J | | |
| 58. | | | | | Sold | 09/24/09 | J | | |
| 59. -CPFL Energia Sa Spon Adr | A | Dividend | | | Buy | 08/06/09 | K | | |
| 60. | | | | | Sold | 08/20/09 | K | | |
| 61. -Cadence Design Systems Inc | | None | | | Buy | 05/11/09 | J | | |
| 62. | | | | | Sold | 05/26/09 | J | | |
| 63. -China Mobile Ltd | | None | | | Buy | 08/17/09 | K | | |
| 64. | | | | | Sold | 09/02/09 | J | | |
| 65. -CitiGroup Inc | | None | | | Buy | 07/29/09 | J | | |
| 66. | | | | | Sold | 09/02/09 | J | C | |
| 67. -Fidelity GNMA Fund | A | Dividend | | | Buy | 05/05/09 | K | | Transfer From |
| 68. | | | | | Sold (part) | 06/22/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/29/09 | J | A | |
| 70. -Fidelity Government Income | A | Dividend | | | Buy | 05/05/09 | L | | Transfer From |
| 71. | | | | | Sold | 05/20/09 | L | A | |
| 72. -Fidelity Select Natural Gas | | None | | | Buy | 05/26/09 | J | | |
| 73. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 74. | | | | | Sold | 09/02/09 | K | | |
| 75. -Frontier Communications Corp | | None | | | Buy | 07/14/09 | J | | |
| 76. | | | | | Sold | 09/02/09 | J | A | |
| 77. -Ishares Barclays Treas Inflation | A | Dividend | | | Buy | 05/05/09 | K | | Transfer From |
| 78. | | | | | Sold | 05/06/09 | K | | |
| 79. -Peoples Utd Finl Inc | | None | | | Buy | 05/11/09 | J | | |
| 80. | | | | | Sold | 05/26/09 | J | | |
| 81. -Starent Networks Corp | | None | | | Buy | 05/11/09 | J | | |
| 82. | | | | | Sold | 12/21/09 | K | D | |
| 83. -Tekelec | | None | | | Buy | 05/11/09 | J | | |
| 84. | | | | | Sold | 05/26/09 | J | | |
| 85. -Yamana Gold Inc Com | A | Dividend | | | Buy | 05/05/09 | K | | Transfer From |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 06/18/09 | K | | |
| 87. IRA Acct #1 | B | Dividend | J | T | | | | | |
| 88. -ML Bank USA Rasp | | | | | | | | | |
| 89. -Eaton Vance Tax Advantage | | | | | | | | | |
| 90. -Old Mutal/Claymore Shrt Fund | | | | | Buy (add'l) | 01/20/09 | J | | |
| 91. | | | | | Buy (add'l) | 04/14/09 | J | | |
| 92. | | | | | Buy (add'l) | 07/09/09 | J | | |
| 93. | | | | | Buy (add'l) | 10/07/09 | J | | |
| 94. IRA Acct #2 | B | Dividend | K | T | | | | | |
| 95. -ML Bank USA Rasp | | | | | | | | | |
| 96. -ML Retirement Reserves CL I | | | | | | | | | |
| 97. -Visa Inc. Cl A Shrs | | | | | | | | | |
| 98. -Blackrock Cap & Inc Strat. | | | | | Buy (add'l) | 01/26/09 | J | | |
| 99. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 100. | | | | | Buy (add'l) | 07/13/09 | J | | |
| 101. | | | | | Buy (add'l) | 10/08/09 | J | | |
| 102. Investment Club (Y) | A | Dividend | | | Closed | 11/27/09 | K | | Account Closed See Note 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | E | Distribution | | | | | | | |
| 104. -Royal Dutch Petroleum Common Stock | | | | | | | | | |
| 105. -Cisco Systems Common Stock | | | | | Buy (add'l) | 1/27/09 | J | | |
| 106. | | | | | Buy (add'l) | 03/30/09 | J | | |
| 107. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 108. -JP Morgan Account | | | | | | | | | |
| 109. -JP Morgan 100% US Treas Sec MM Reserve (RJTXX) | | | | | | | | | |
| 110. -Aegon N Visin | | | | | Sold | 12/01/09 | J | | |
| 111. -EOG Resource, Inc. | | | | | | | | | |
| 112. -Everest Reinsurance Group, Ltd. | | | | | | | | | |
| 113. -Procter & Gamble Co. | | | | | | | | | |
| 114. -Berkley WR Corp | | | | | | | | | |
| 115. -BHP Billiton Ltd. | | | | | | | | | |
| 116. -Building Material Holding Corp. | | | | | Sold | 11/02/09 | J | | |
| 117. -Companhia Vale Do Rio Doce Spons ADR | | | | | | | | | |
| 118. -E Trade Financial Corp. | | | | | Sold | 12/01/09 | J | | |
| 119. -Freeport McMoran Copper & Gold Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Masco Corp. | | | | | | | | | |
| 121.  -McCormick & Co. Inc. Non Vtg | | | | | | | | | |
| 122.  -Nordic American Tanker Shipping, Ltd. | | | | | | | | | |
| 123.  -Peabody Energy Corp | | | | | | | | | |
| 124.  -Schlumberger Ltd. Spons Adr | | | | | | | | | |
| 125.  -Schwab Charles Corp. New | | | | | Sold | 02/02/09 | J | | |
| 126.  -SPDR Gold Tr Gold Shs | | | | | Buy (add'l) | 06/02/09 | J | | |
| 127. | | | | | Sold | 12/24/09 | K | C | |
| 128.  -Taiwan Semiconductor | | | | | Buy (add'l) | 05/04/09 | J | | |
| 129. | | | | | Sold (part) | 08/17/09 | J | A | |
| 130.  -Tata Mtrs Ltd. Spons Adr | | | | | Buy | 06/02/09 | J | | |
| 131. | | | | | Sold (part) | 11/16/09 | J | B | |
| 132.  -3M Company | | | | | | | | | |
| 133.  -CF Inds Hldgs Inc Com | | | | | Buy | 02/05/09 | J | | |
| 134. | | | | | Sold | 04/21/09 | J | C | |
| 135.  -Nuance Communications | | | | | Buy | 3/10/09 | J | | |
| 136. | | | | | Sold | 5/4/09 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S –Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V  Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -ITC Hldgs Corp | | | | | Buy | 06/02/09 | J | | |
| 138. -Sally Beauty Hldgs Inc Com | | | | | Buy | 11/02/09 | J | | |
| 139. IRA Acct #3 | A | Dividend | K | T | | | | | |
| 140. -SPTN LN-TM Treas Bnd Investor Class | | | | | Redeemed | 01/23/09 | K | | |
| 141. -Fideltiy Ginnie Mae | | | | | Buy | 01/23/09 | K | | |
| 142. -Fidelity Canada | | | | | Buy | 09/21/09 | J | | |
| 143. -Fidelity Cash Reserves | | | | | Buy | 09/30/09 | K | | |
| 144. IRA Acct. #4 | A | Dividend | J | T | | | | | |
| 145. -VMMR Federal Portfolio | | | | | | | | | |
| 146. IRA Acct #5 | B | Dividend | K | T | | | | | |
| 147. -Fidelity Cash Reserves | | | | | | | | | |
| 148. -Fideltiy Government Income | | | | | | | | | |
| 149. IRA Acct #6 | A | Dividend | K | T | | | | | |
| 150. | A | Distribution | | | | | | | |
| 151. -VSP Energy | | | | | | | | | |
| 152. JP Morgan Chase Accounts | A | Interest | J | T | | | | | |
| 153. Retirement Acct. #1 | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Teachers Ins & Ann Assn | | | | | | | | | |
| 155. -Coll Rtrmnt Equ Fu | | | | | | | | | |
| 156. IRA Acct #7 | E | Int./Div. | O | T | | | | | |
| 157. -Schwab Cash Reserves | | | | | | | | | |
| 158. -US Treas Note 3.5% due 2/15/18 | | | | | Sold | 05/26/09 | K | A | |
| 159. -US Treas Note 2.75% due 2/28/13 | | | | | Sold | 05/26/09 | K | A | |
| 160. -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/20/09 | K | | |
| 161. | | | | | Buy (add'l) | 01/27/09 | M | | |
| 162. | | | | | Buy (add'l) | 03/19/09 | J | | |
| 163. | | | | | Sold (part) | 03/23/09 | K | A | |
| 164. -Vanguard Short Term Investmt Grade Fd | | | | | | | | | |
| 165. -TRowe Price New Era Fd | | | | | | | | | |
| 166. -Conocophillips | | | | | | | | | |
| 167. -Intl Business Machines (IBM) | | | | | Sold (part) | 02/23/09 | J | | |
| 168. -McMoran Exploration Co. | | | | | Sold | 02/23/09 | J | | |
| 169. -Nordic Amern Tankr Shpgf | | | | | Sold (part) | 01/21/09 | J | | |
| 170. | | | | | Sold (part) | 02/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold | 08/31/09 | J | | |
| 172. -Pioneer High Income Fund | | | | | Buy (add'l) | 01/02/09 | J | | |
| 173. | | | | | Sold | 02/20/09 | J | | |
| 174. -Fidelity Government Income Fund | | | | | Sold | 04/20/09 | M | A | |
| 175. -Matthews India Fund | | | | | Sold | 02/20/09 | J | | |
| 176. -Sequoia Fund | | | | | | | | | |
| 177. -Barrick Gold Corp. | | | | | Sold | 05/29/09 | K | A | |
| 178. -SPDR Lehman Long Trm Try | | | | | Sold | 01/02/09 | K | A | |
| 179. -Cerner | | | | | Buy | 09/23/09 | K | | |
| 180. -Citigroup Inc | | | | | Buy | 08/04/09 | J | | |
| 181. | | | | | Buy (add'l) | 08/12/09 | J | | |
| 182. | | | | | Sold (part) | 09/25/09 | J | C | |
| 183. -Devon Energy CP | | | | | Buy | 09/22/09 | K | | |
| 184. | | | | | Sold (part) | 09/25/09 | J | | |
| 185. -Dominion Res Inc va | | | | | Buy | 05/13/09 | K | | |
| 186. | | | | | Sold (part) | 06/18/09 | J | A | |
| 187. -Gafisa Adr | | | | | Buy | 09/21/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 09/24/09 | J | | |
| 189.  -Kinder Morgan Mgmt LLC | | | | | Buy | 06/05/09 | K | | |
| 190. | | | | | Sold (part) | 06/22/09 | J | | |
| 191.  -Pimco Corp Income Fund | | | | | Buy | 09/15/09 | J | | |
| 192.  -Randgold Res Ltd Adr | | | | | Buy | 02/18/09 | J | | |
| 193. | | | | | Buy (add'l) | 02/26/09 | J | | |
| 194. | | | | | Buy (add'l) | 06/03/09 | K | | |
| 195. | | | | | Sold (part) | 06/08/09 | K | D | |
| 196. | | | | | Sold (part) | 06/18/09 | J | | |
| 197. | | | | | Sold (part) | 06/22/09 | J | | |
| 198. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 199.  -Tellabs Inc | | | | | Buy | 08/11/09 | J | | |
| 200.  -Verizon Communications | | | | | Buy | 07/17/09 | J | | |
| 201.  -Warner Chilcott Plc | | | | | Buy | 10/15/09 | K | | |
| 202.  -Harbor Bond Fund Inst Cl | | | | | Buy | 02/18/09 | J | | |
| 203.  -Janus Short Term Bd Fd | | | | | Buy | 10/06/09 | K | | |
| 204.  -Ridgeworth US Gov Sec | | | | | Buy | 10/06/09 | K | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -TCW Total Return Bond | | | | | Buy | 10/06/09 | K | | |
| 206. -Thompson Plumb Bond Fund | | | | | Buy | 10/06/09 | K | | |
| 207. -Vanguard Short Term Bond | | | | | Buy | 10/06/09 | K | | |
| 208. -Annaly Capital Mgmt | | | | | Buy | 09/24/09 | K | | |
| 209. -Government Ppty Income Tr | | | | | Buy | 09/03/09 | K | | |
| 210. -Ishares Iboxx Investop | | | | | Buy | 02/24/09 | K | | |
| 211. | | | | | Sold (part) | 03/20/09 | J | | |
| 212. -Ishares Msci Brazil Indx | | | | | Buy | 07/31/09 | K | | |
| 213. | | | | | Sold (part) | 09/25/09 | K | B | |
| 214. -Ishares Tr Barclay Tips | | | | | Buy | 03/25/09 | K | | |
| 215. | | | | | Sold (part) | 05/06/09 | K | | |
| 216. -Ishares Trust Dow Jones | | | | | Buy | 09/24/09 | K | | |
| 217. | | | | | Sold (part) | 09/25/09 | K | | |
| 218. -National Retail Pptys | | | | | Buy | 05/14/09 | J | | |
| 219. | | | | | Sold (part) | 06/22/09 | J | A | |
| 220. | | | | | Buy (add'l) | 08/11/09 | K | | |
| 221. -Plum Creek Timber Co | | | | | Buy | 03/13/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 05/19/09 | K | | |
| 223. | | | | | Sold (part) | 05/18/09 | K | C | |
| 224. | | | | | Sold (part) | 06/18/09 | J | | |
| 225. | | | | | Sold (part) | 08/31/09 | J | | |
| 226. -Spdr Gold Trust | | | | | Buy | 02/27/09 | J | | |
| 227. | | | | | Sold (part) | 07/27/09 | J | | |
| 228. -Aluminum Corp China ADR | | | | | Buy | 07/31/09 | J | | |
| 229. | | | | | Sold (part) | 09/02/09 | J | | |
| 230. -Amer Intl Group | | | | | Buy | 08/18/09 | L | | |
| 231. | | | | | Sold (part) | 08/27/09 | K | A | |
| 232. | | | | | Sold | 09/25/09 | K | B | |
| 233. -Apple Inc | | | | | Buy | 06/09/09 | K | | |
| 234. | | | | | Sold (part) | 6/18/09 | J | | |
| 235. | | | | | Sold | 06/22/09 | J | | |
| 236. -Bank of America Corp | | | | | Buy | 08/11/09 | J | | |
| 237. | | | | | Buy (add'l) | 08/12/09 | J | | |
| 238. | | | | | Sold (part) | 09/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 09/25/09 | J | A | |
| 240. -Blackrock Ehncd Div | | | | | Buy | 01/02/09 | J | | |
| 241. | | | | | Sold | 02/20/09 | J | | |
| 242. -Blackrock Intl Growth TR | | | | | Buy | 08/27/09 | J | | |
| 243. | | | | | Sold | 09/25/09 | J | | |
| 244. -Caterpillar Inc | | | | | Buy | 02/03/09 | K | | |
| 245. | | | | | Sold | 02/02/09 | K | | |
| 246. -Direxion SHS | | | | | Buy | 03/23/09 | J | | |
| 247. | | | | | Sold | 03/26/09 | J | A | |
| 248. -Energy Transfer Partnerships | | | | | Buy | 06/05/09 | K | | |
| 249. | | | | | Sold (part) | 06/18/09 | J | | |
| 250. | | | | | Sold (part) | 06/22/09 | J | | |
| 251. | | | | | Sold | 09/24/09 | J | | |
| 252. -Fidelity GNMA Portfolio | | | | | Buy | 04/22/09 | M | | |
| 253. | | | | | Sold | 05/21/09 | M | A | |
| 254. -Ishares Tr Barclays Treas Bond Fund 10-20 yr | | | | | Buy | 03/23/09 | K | | |
| 255. | | | | | Sold | 03/24/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Ishares Tr Barclasy Treas Bond Fund 20+ yr | | | | | Buy | 03/23/09 | K | | |
| 257. | | | | | Sold | 03/24/09 | K | | |
| 258. -JPMorgan Chase | | | | | Buy | 02/04/09 | K | | |
| 259. | | | | | Sold | 02/05/09 | K | | |
| 260. -India Fund, Inc | | | | | Buy | 02/25/09 | J | | |
| 261. | | | | | Sold | 03/19/09 | J | | |
| 262. -Proshs Ultra Financials | | | | | Buy | 03/27/09 | J | | |
| 263. | | | | | Buy (add'l) | 03/30/09 | J | | |
| 264. | | | | | Sold (part) | 03/24/09 | J | | |
| 265. | | | | | Sold (part) | 04/01/09 | J | | |
| 266. | | | | | Sold | 06/22/09 | J | A | |
| 267. -Pub Svc Ent Group Inc | | | | | Buy | 05/13/09 | K | | |
| 268. | | | | | Sold (part) | 06/18/09 | J | | |
| 269. | | | | | Sold | 09/22/09 | J | | |
| 270. -SPDR Barclays CAP Long Trm Try | | | | | Buy (add'l) | 03/23/09 | J | | |
| 271. | | | | | Buy (add'l) | 03/24/09 | J | | |
| 272. | | | | | Sold | 04/23/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -United States Steel Corp | | | | | Buy | 03/13/09 | J | | |
| 274. | | | | | Sold | 04/01/09 | J | A | |
| 275. -Veolia Environ Adr | | | | | Buy | 07/14/09 | J | | |
| 276. | | | | | Sold | 07/14/09 | J | | |
| 277. -Wells Fargo XIV 8.625% | | | | | Buy | 01/30/09 | K | | |
| 278. | | | | | Sold | 02/05/09 | K | | |
| 279. Brokerage Acct. #2 | | | | | | | | | |
| 280. -Schwab Tax Exempt MMF | A | Int./Div. | L | T | | | | | |
| 281. -Vanguard Long Term Trsy | A | Dividend | | | Sold | 01/02/09 | K | A | |
| 282. -Alaska Air Group Inc | | None | K | T | Buy | 09/18/09 | J | | |
| 283. -Alcoa Inc | A | Dividend | J | T | Buy | 09/18/09 | J | | |
| 284. | | | | | Sold (part) | 09/25/09 | J | | |
| 285. -Amgen Incorporated | | None | | | Buy | 07/28/09 | K | | |
| 286. | | | | | Buy (add'l) | 07/29/09 | J | | |
| 287. | | | | | Sold (part) | 07/31/09 | K | | |
| 288. | | | | | Sold | 09/22/09 | J | | |
| 289. -Anadarko Petroleum Corp | A | Dividend | J | T | Buy | 05/26/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/18/09 | J | A | |
| 291. | | | | | Sold (part) | 09/28/09 | J | C | |
| 292. -Bank of America Corp | A | Dividend | J | T | Buy | 08/06/09 | K | | |
| 293. | | | | | Sold (part) | 09/25/09 | J | | |
| 294. -Blackrock Ehncd Div Incm | A | Dividend | | | Buy | 08/18/09 | K | | |
| 295. | | | | | Sold (part) | 09/24/09 | J | | |
| 296. | | | | | Sold (part) | 09/25/09 | J | A | |
| 297. | | | • | | Sold | 09/28/09 | J | A | |
| 298. -Blackrock Real Asset EQ | A | Dividend | | | Buy | 08/25/09 | J | | |
| 299. | | | | | Sold (part) | 09/25/09 | J | A | |
| 300. | | | | | Sold | 09/28/09 | J | A | |
| 301. -Brocade Communs Sys New | | None | J | T | Buy | 05/22/09 | J | | |
| 302. | | | | | Sold (part) | 06/18/09 | J | A | |
| 303. | | | | | Sold (part) | 09/25/09 | J | A | |
| 304. -Canadian Natural Res | A | Dividend | J | T | Buy | 05/22/09 | J | | |
| 305. -Cerner Corp | | None | J | T | Buy | 05/28/09 | K | | |
| 306. | | | | | Sold (part) | 06/18/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Vale Do Rio Spn Adrf | | None | | | Buy | 05/22/09 | K | | |
| 308. | | | | | Sold | 06/05/09 | K | A | |
| 309. -Cpfl Energia Sa Adr F | A | Dividend | | | Buy | 08/06/09 | K | | |
| 310. | | | | | Sold (part) | 08/21/09 | K | | |
| 311. | | | | | Sold | 08/28/09 | J | | |
| 312. -Eaton Vance Tax Managed | A | Dividend | J | T | Buy | 06/03/09 | J | | |
| 313. | | | | | Sold (part) | 09/25/09 | J | A | |
| 314. -Eldorado Gold Corp New | | None | | | Buy | 12/01/09 | J | | |
| 315. | | | | | Sold | 07/27/09 | J | A | |
| 316. -Freeport McMorn 6.75% pfd | A | Dividend | J | T | Buy | 05/22/09 | K | | |
| 317. | | | | | Sold (part) | 09/28/09 | J | B | |
| 318. -Iamgold Corp | | None | K | T | Buy | 06/01/09 | J | | |
| 319. | | | | | Sold (part) | 06/18/09 | J | | |
| 320. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 321. -JPMorgan Chase & Co | A | Dividend | K | T | Buy | 07/15/09 | K | | |
| 322. -Novellus Systems Inc. | | None | K | T | Buy | 10/12/09 | K | | |
| 323. -Pimco Municipal Incm Fd | A | Int./Div. | J | T | Buy | 05/22/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -Plum Creek Timber Co | A | Dividend | J | T | Buy | 05/20/09 | K | | |
| 325. | | | | | Buy (add'l) | 09/01/09 | J | | |
| 326. | | | | | Sold (part) | 09/22/09 | J | | |
| 327. | | | | | Sold (part) | 09/29/09 | J | | |
| 328. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 329. -Proshs Ultrashort Lehman | | None | | | Buy | 05/22/09 | J | | |
| 330. | | | | | Sold | 06/01/09 | J | A | |
| 331. -SPDR Barclays Cap Long | A | Dividend | | | Buy | 03/18/09 | K | | |
| 332. | | | | | Sold | 05/06/09 | K | | |
| 333. -Statoilhydro Asa Adr F | | None | | | Buy | 08/09/09 | K | | |
| 334. | | | | | Sold | 09/24/09 | K | A | |
| 335. -Vale Capital Ltd 5.5% 10F | A | Dividend | J | T | Buy | 06/05/09 | K | | |
| 336. | | | | | Sold (part) | 09/25/09 | J | B | |
| 337. -Wells Fargo 8.00% Pfd | | None | | | Buy | 01/30/09 | J | | |
| 338. | | | | | Sold | 02/5/09 | J | | |
| 339. -Baird Intermediate Muni | A | Int./Div. | K | T | Buy | 09/10/09 | K | | |
| 340. -Fidelity Gnma Portfolio | A | Dividend | | | Buy | 04/20/09 | M | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K –$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R –Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 342. | | | | | Sold | 05/28/09 | L | | |
| 343. -Fidelity Govt Income | A | Dividend | | | Buy | 01/05/09 | K | | |
| 344. | | | | | Sold (part) | 01/30/09 | J | | |
| 345. | | | | | Sold | 03/19/09 | K | | |
| 346. -Fidelity Slct Natural Gas | | None | | | Buy | 06/02/09 | K | | |
| 347. | | | | | Sold (part) | 06/22/09 | J | | |
| 348. | | | | | Sold | 09/04/09 | J | | |
| 349. -Pimco High Yield Muni Bd | A | Int./Div. | J | T | Buy | 08/14/09 | J | | |
| 350. -T Rowe Price Tax Free | A | Interest | K | T | Buy | 09/29/09 | K | | |
| 351. -Vanguard Gnma Fund | C | Dividend | L | T | Buy | 01/20/09 | M | | |
| 352. | | | | | Sold (part) | 06/23/09 | L | | |
| 353. -Wells Fargo Advantage | A | Int./Div. | K | T | Buy | 09/29/09 | K | | |
| 354. Retirement Acct. #2 | A | Int./Div. | J | T | | | | | |
| 355. -Fidelity Cash Resrve | | | | | | | | | |
| 356. Retirement Acct. #3 | G | Distribution | | | | | | | Account Closed |
| 357. -Fidelity Cash Resrve | | | | | Distributed | 04/01/09 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Sun Life Main Register Common Shares | A | Dividend | J | T | | | | | |
| 359. Brokerage Acct #3 | | | | | | | | | |
| 360. -Fidelity AMT Tax-Free Money Fund (FIMXX) | A | Interest | J | T | Sold | 05/05/09 | K | | Transfer To |
| 361. | A | Dividend | | | | | | | |
| 362. -Fidelity Tax-Free Money Market | A | Interest | J | T | Buy | 01/02/09 | J | | |
| 363. -SPTN LN-TM Treas Bnd Investor Class (FLBIX) | A | Dividend | | | Sold | 01/06/09 | K | | |
| 364. -Fidelity Government Income (FGOVX) | A | Dividend | | | Sold (part) | 02/02/09 | K | | |
| 365. | | | | | Sold | 05/05/09 | L | | Transfer To |
| 366. -Vanguard GNMA (VFIIX) | A | Dividend | | | Buy (add'l) | 03/18/09 | J | | |
| 367. | | | | | Sold | 05/05/09 | J | | Transfer To |
| 368. -Navios Maritime Partners LP Unit | | None | | | Buy | 02/10/09 | J | | |
| 369. | | | | | Sold | 02/19/09 | J | | |
| 370. -Direxion Daily Financial Bull | | None | | | Buy | 03/16/09 | J | | |
| 371. | | | | | Sold | 03/18/09 | J | A | |
| 372. -Ishare Barclays 20+ years | | None | | | Buy | 03/18/09 | K | | |
| 373. | | | | | Sold | 03/24/09 | K | | |
| 374. -Ishare Barclays 10-20 years | | None | | | Buy | 03/18/09 | K | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 03/24/09 | K | | |
| 376. –JPmorgan Chase & Co Depository Shs | | None | | | Buy | 01/30/09 | K | | |
| 377. | | | | | Sold | 02/05/09 | K | | |
| 378. –Pimco Mun Income Fd Com | A | Dividend | | | Buy | 02/05/09 | K | | |
| 379. | A | Interest | | | Sold (part) | 02/19/09 | K | | |
| 380. | | | | | Sold | 02/24/09 | J | | |
| 381. –Pimco Mun Income Fd II Com | A | Dividend | | | Buy | 01/28/09 | K | | |
| 382. | A | Interest | | | Buy (add'l) | 02/04/09 | K | | |
| 383. | | | | | Sold (part) | 02/19/09 | K | A | |
| 384. | | | | | Sold (part) | 02/20/09 | K | | |
| 385. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 386. | | | | | Sold | 05/05/09 | K | | Transfer To |
| 387. –Proshares Ultra Finls Proshares | A | Dividend | | | Buy | 03/23/09 | J | | |
| 388. | | | | | Sold | 03/24/09 | J | A | |
| 389. –Spdr Gold Tr Gold Shs | | None | | | Buy | 02/26/09 | J | | |
| 390. | | | | | Sold (part) | 02/28/09 | J | | |
| 391. | | | | | Sold (part) | 03/31/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold | 04/29/09 | J | | |
| 393. -Spdr Ser Tr Lehman Long Term Treas | A | Dividend | | | Buy | 03/18/09 | K | | |
| 394. | | | | | Buy (add'l) | 03/19/09 | K | | |
| 395. | | | | | Sold | 04/27/09 | K | | |
| 396. -Wells Fargo & Co New | A | Dividend | | | Buy | 01/29/09 | K | | |
| 397. | | | | | Sold (part) | 02/04/09 | J | | |
| 398. | | | | | Sold | 02/05/09 | J | | |
| 399. -Wells Fargo & Co New Dep Shs Ser | | None | | | Buy | 01/30/09 | K | | |
| 400. | | | | | Sold | 02/05/09 | K | | |
| 401. -Wells Fargo Cap XIV GTD Enhanced | | None | | | Buy | 01/29/09 | K | | |
| 402. | | | | | Sold | 02/04/09 | K | | |
| 403. -Wells Fargo Cap XII Enhanced Tr Pfd Secs | | None | | | Buy | 01/29/09 | K | | |
| 404. | | | | | Sold | 02/04/09 | K | | |
| 405. -Yamana Gold Inc | A | Dividend | | | Buy | 02/12/09 | J | | |
| 406. | | | | | Buy (add'l) | 02/19/09 | J | | |
| 407. | | | | | Sold | 05/05/09 | K | | Transfer To |
| 408. -Ishare Barclays Treas Inflation | A | Dividend | | | Buy | 03/19/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 05/05/09 | K | | Transfer To |
| 410. -Fidelity GNMA | A | Dividend | | | Buy | 01/27/09 | K | | |
| 411. | | | | | Sold | 05/05/09 | K | | Transfer To |
| 412. -Agnico Eagle Mines Com | | None | | | Buy | 04/29/09 | J | | |
| 413. | | | | | Sold | 05/05/09 | K | | Transfer To |
| 414. -Pimco Total Return Cl D | | None | | | Buy | 04/29/09 | J | | |
| 415. | | | | | Sold | 05/05/09 | J | | Transfer To |
| 416. Brokerage Acct. #4 | | | | | | | | | |
| 417. -ML Ready Asset Trust | A | Dividend | L | T | | | | | |
| 418. -Clough Global Opptys | A | Dividend | J | T | | | | | |
| 419. -Eaton Vance Enhanced Equity Fund | A | Dividend | J | T | | | | | |
| 420. -KBW Inc. | | None | J | T | | | | | |
| 421. -Travelers Cos. Inc. | A | Dividend | J | T | | | | | |
| 422. -Nuveen Core Equity Alpha Fund | A | Dividend | J | T | Buy | 04/01/09 | J | | |
| 423. -Blackrock Long Term Mun | C | Dividend | L | T | Buy (add'l) | 12/01/09 | J | | |
| 424. | A | Interest | | | | | | | |
| 425. -Pimco Global Stockplus Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Trust #1- Account No. 2 | D | Dividend | P1 | T | | | | | |
| 427. | D | Interest | | | | | | | |
| 428. | A | Royalty | | | | | | | |
| 429. -Sch AMT TF Money Market Fd (SWFXX) | | | | | | | | | |
| 430. -Sch AMT Tax-Free Money Mt Fd (SWWXX) | | | | | | | | | |
| 431. -Allen Cnty IN Comm Bonds | | | | | | | | | |
| 432. -Detroit MI City Schl Bonds | | | | | | | | | |
| 433. -Kent County MI Rev Bonds | | | | | Sold | 06/12/09 | K | | |
| 434. Meridian MI Publ Schl Bonds | | | | | | | | | |
| 435. -Wisconsin St. Transn Bonds | | | | | Sold | 07/01/09 | K | | |
| 436. -Zeeland MI Pub School Bonds | | | | | | | | | |
| 437. -AT&T Inc. CS | | | | | | | | | |
| 438. -Archer-Daniels-Midland Co. | | | | | | | | | |
| 439. -Bank of America Corp | | | | | | | | | |
| 440. -Comcast Corp New CL A | | | | | | | | | |
| 441. -Grupo Televisa SA De CVF | | | | | | | | | |
| 442. -Intel Corp. CS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -Marriott Intl Inc. Cl A CS | | | | | Sold (part) | 06/23/09 | J | A | |
| 444. -Medtronic, Inc. | | | | | | | | | |
| 445. -Omnova Solutions, Inc. | | | | | | | | | See Note 2 |
| 446. -Schnitzer Stl Inds Cl A | | | | | Sold (part) | 05/12/09 | J | A | |
| 447. -Teck Cominco Ltd Cl B | | | | | | | | | |
| 448. -Wynn Resorts | | | | | | | | | |
| 449. -Fidelity Govt Income Fund | | | | | Buy (add'l) | 01/30/09 | J | | |
| 450. -Fidelity Intermediate Govt Income Fund | | | | | Buy (add'l) | 01/30/09 | J | | |
| 451. | | | | | Sold | 09/22/09 | K | | |
| 452. -Vanguard Long Term Trsy | | | | | Sold | 01/02/09 | J | | |
| 453. -US Treas Note 3.5% due 2/15/18 | | | | | Sold | 05/27/09 | K | | |
| 454. -US Treas Note 2.75% due 2/28/13 | | | | | Sold | 05/27/09 | K | A | |
| 455. -Buckeye Partners LP | | | | | | | | | |
| 456. -Hugoton Royalty Trust | | | | | | | | | |
| 457. -Plum Creek Timber Co. | | | | | Buy (add'l) | 03/10/09 | J | | |
| 458. -Prologis Trust New Reit | | | | | | | | | |
| 459. -Alcoa Inc | | | | | Buy | 07/29/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Citigroup Inc | | | | | Buy | 08/21/09 | J | | |
| 461. -Wells Fargo XIV 8.625%68 | | | | | Buy | 01/29/09 | J | | |
| 462. -Wells Fargo 8.00% Pfd | | | | | Buy | 01/30/09 | J | | |
| 463. -T Rowe Price Tax Free | | | | | Buy | 09/21/09 | M | | |
| 464. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 465. -Vanguard GNMA Fund | | | | | Buy | 04/14/09 | L | | |
| 466. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 467. -Wells Fargo Advantage Ult S/T Mun In Inv | | | | | Buy | 09/21/09 | L | | |
| 468. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 469. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | Buy | 09/17/09 | L | | |
| 470. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 471. -Teradata Corp | | | | | Buy | 12/28/09 | J | | |
| 472. -NCR Corp | | | | | Buy | 12/28/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 7/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 Although [redacted] Investment Club was redeemed as of date of death, November 27, 2009,all sales and purcahse are continued to be listed until 12/31/09.

NOTE 2 The Omnova Solutions, Inc last year was reported as being partial sold, when it was completely sold as of 2008.

NOTE 3 Brokerage account number 3 transfered to Brokerage account number 1 on May 5, 2009. At the end of 2009 both Brokerage accounts are still open.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544